■ In the Matter of PAUL BESAW et al., Appellants, v BRUCE PIERCE et al., Respondents. [858 NYS2d 633]—Appeal from a judgment (denominated order) of the Supreme Court, Oswego

County (James W. McCarthy, A.J.), entered November 15, 2006 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Smith, Centra, Lunn and Pine, JJ.